UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
**Oilmatic Franchise Corp.,**
                              Plaintiff,

                    -vs-                                              **ORDER OF DISCONTINUANCE**

**Oilmatic international, Inc.,**                                     CV- 05-459(FB)

                              Defendant.
-------------------------------------------------X


It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.




                                        SO ORDERED.




                                        _____
                                        UNITED STATES DISTRICT JUDGE


DATED: Brooklyn, N.Y.
            September 15, 2005